AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

FILED
MAY 0 4 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Francisco Perez-Cornejo | ) | Case No. 4:23MJ-195 |
| Ivan Alvarado | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 2023__ in the county of __Denton__ in the __Eastern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute Cocaine |
| 21 U.S.C. § 846 | Conspiracy to Distribute Cocaine |

This criminal complaint is based on these facts:
See the attached affidavit of SA Jonathan Temple, DEA.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SA Jonathan Temple, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/04/2023 2:30pm

_____
*Judge's signature*

City and state: Sherman, Texas     Hon. Christine A. Nowak, U.S. Magistrate Judge
*Printed name and title*